LAW OFFICES
UDALL, SHUMWAY & LYONS, P.L.C.
30 WEST FIRST STREET
MESA, ARIZONA 85201-6695
Telephone: (480)461-5300
Fax: (480)833-9392

Roger C. Decker (#005411)
Erin H. Walz (#023853)
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| DELTA MECHANICAL, INC., an Arizona corporation,<br><br>Plaintiff,<br><br>v.<br><br>PLUMB-IN-TIME, PLUMBING SERVICES, INC. d/b/a METRO MECHANICAL, INC., a Delaware corporation,<br><br>Defendant. | No. CV-06-1633-PHX-FJM<br><br>**STIPULATION TO VACATE SETTLEMENT CONFERENCE SCHEDULED FOR JUNE 28, 2007**<br><br>(U.S. Magistrate Judge Mark E. Aspey)<br><br>(Assigned to the Hon. Frederick J. Martone) |

Plaintiff and Defendant, by and through their counsel undersigned, hereby stipulate that the settlement conference presently scheduled for June 28, 2007, may be continued in order to allow the parties to complete discovery. The parties agree that additional discovery needs to be completed to ensure that this matter is heard on the merits of the case.

WHEREFORE, for the foregoing reasons, the parties hereby request that the Court approve this stipulation, and continue the settlement conference from June 28, 2007 for some time in the future.

RESPECTFULLY this _____ day of June, 2007.

UDALL, SHUMWAY & LYONS, P.L.C.

By_____
Roger C. Decker
Erin H. Walz
30 West First Street
Mesa, Arizona 85201
Attorneys for Plaintiff

JENNINGS, STROUSS & SALMON, P.L.C.

By _____
David B. Earl, Esq.
The Collier Center, 11th Floor
201 E. Washington Street
Phoenix, AZ 85004-2385
Attorneys for Defendant

ORIGINAL of the foregoing
filed electronically this _____
day of June, 2007.

COPY of the foregoing hand-delivered
this _____ day of June, 2007, to:

Hon. Frederick J. Martone
U.S. District Court Judge
401 W. Washington
Phoenix, Arizona 85003

By _____

3248092.1 \ June 20, 2007
105602-00004