LAW OFFICES
**UDALL, SHUMWAY & LYONS, P.L.C.**
30 WEST FIRST STREET
MESA, ARIZONA 85201-6695
Telephone: (480) 461-5300
Fax: (480) 833-9392
E-Mail: rcd@udallshumway.com

Roger C. Decker (#005411)
Erin H. Walz (#023853)
Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| DELTA MECHANICAL, INC., an Arizona corporation,<br><br>Plaintiff,<br><br>v.<br><br>PLUMB-IN-TIME PLUMBING SERVICES, INC. D/B/A/ METRO MECHANICAL, INC., a Delaware corporation,<br><br>Defendant. | **No. 2:06-CV-01633-FJM**<br><br>**PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br><br>**(Assigned to the Honorable Frederick J. Martone)** |

Now comes the Plaintiff, Delta Mechanical, Inc. ("Delta"), by and through its attorneys, Udall, Shumway & Lyons, and for its Motion for Voluntary Dismissal with Prejudice, states as follows:

1.    On June 26, 2006, this action was filed by Delta against Defendants Plumb-In-Time Plumbing Services, Inc. d/b/a Metro Mechanical, Inc. (collectively, Defendants).

2.    The current status of this case is that discovery has closed, minimal discovery was conducted, and trial has been set for June 10, 2008.

3.    Delta has decided not to proceed further with this litigation for economic reasons, and requests the authority and the approval of this Court to dismiss this action with prejudice.

4.    Delta's request is made pursuant to Fed.R.Civ.Pro. 41(a)(2).

Wherefore, Delta requests an Order of this Court dismissing this action, with prejudice, in its entirety, with each party to bear its own attorneys fees and costs.

1    DATED this 26th day of February, 2008.

2
                                                         UDALL, SHUMWAY & LYONS, P.L.C.
3

4
                                                         By:____/s/ Erin H. Walz_____
5                                                                 Roger C. Decker
                                                                  Erin H. Walz
6                                                                 30 West 1st Street
                                                                  Mesa, Arizona 85201
7                                                                 Attorneys for Plaintiff

8

9    COPY of the foregoing electronically
     filed this 26th day of February, 2008, with:
10
     Clerk of the U.S. District Court
11   401 West Washington Street
     Phoenix, Arizona 85003-2118
12

13   COPY of the foregoing electronically
     mailed this 26th day of February, 2008, to:
14
     David Bruce Earl
15   Jennings Strouss & Salmon PLC
     Collier Ctr.
16   201 E. Washington, Suite 1100
     Phoenix, AZ 85004-2385
17   Email: dearl@jsslaw.com
     Attorneys for Defendant
18

19    By__/s/ Tish Koerner_____

20

21

22

23

24

25

26

27

28

                                            2